Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−34266−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph Maguire
   34 Congress Road
   Pine Hill, NJ 08021

Social Security No.:
   xxx−xx−0976

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on August 14, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 39 − 38
Order Granting Application for Extension of Loss Mitigation (Related Doc # 38). Loss Mitigation Period Extended to: 11/12/18. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/14/2018. (bc)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 14, 2018
JAN: bc

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-34266-ABA
Joseph Maguire                                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Aug 14, 2018
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2018.
lm             +Roundpoint Mortgage Servicing Corporation,    5032 Parkway Plaza Blvd,
                 Charlotte, NC 28217-1934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2018 at the address(es) listed below:
    Brian E Caine    on behalf of Creditor   First Guaranty Mortgage Corporation
      bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
    Denise E. Carlon    on behalf of Creditor   First Guaranty Mortgage Corporation
      dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
    Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
    Joni L. Gray    on behalf of Debtor Joseph  Maguire joni@sjbankruptcylaw.com,
      jgrayecf@gmail.com;grayjr39848@notify.bestcase.com
    Rebecca Ann Solarz    on behalf of Creditor   First Guaranty Mortgage Corporation
      rsolarz@kmllawgroup.com
    U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 6