UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Joni L. Gray, Esq.
LAW OFFICES OF ANDREW B. FINBERG, LLC
525 Route 73 South, Ste. 200
Marlton, NJ  08053
(856)988-9055
Attorneys for Debtor

In Re:

JOSEPH MAGUIRE
  Debtor

**Order Filed on August 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 17-34266 |
| Chapter: | 13 |
| Judge: | ABA |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 14, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 17-34266-ABA    Doc 38-2    Filed 05/16/18    Entered 06/16/18 13:03:34    Desc
Proposed Order    Page 2 of 2

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____1/11/2018_____ :

Property:        34 Congress Road, Pine Hill, New Jersey _____

Creditor:        Roundpoint _____

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____,
and for good cause shown

❑ Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____11/12/18_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-34266-ABA
Joseph Maguire                                                                      Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 1              Date Rcvd: Aug 14, 2018
                                 Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2018.
db              +Joseph Maguire,    34 Congress Road,    Pine Hill, NJ 08021-6563

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2018 at the address(es) listed below:
          Brian E Caine    on behalf of Creditor   First Guaranty Mortgage Corporation
           bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor   First Guaranty Mortgage Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Joni L. Gray    on behalf of Debtor Joseph  Maguire  joni@sjbankruptcylaw.com,
           jgrayecf@gmail.com;grayjr39848@notify.bestcase.com
          Rebecca Ann Solarz    on behalf of Creditor   First Guaranty Mortgage Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 6