Form: ICB-12001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977

**Order Filed on September 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

   Joseph Maguire

Debtor(s)

Case No.:    17-34266 (ABA)

Hearing Date:    09/11/2019

Judge:    Andrew B. Altenburg, Jr.

## ORDER CONFIRMING CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: September 13, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 3
Debtor: Joseph Maguire
Case No.: 17-34266 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 12/01/2017, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of  $175.00 **for a period of 40 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $2,925.00 paid to date.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee of $3,500.00.  The unpaid balance of the allowed fee in the amount of $3,500.00 plus costs of $0.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

Page 3 of 3
Debtor: Joseph Maguire
Case No.: 17-34266 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed.  The debtor shall have fourteen days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the debtor(s), debtor(s)' attorney and any other party filing a Notice of Appearance.

**ORDERED** that the debtor consents to pay secured claims as filed, with reservation of rights to challenge the claims.

**ORDERED** as follows:

   Pursuant to debtor's Chapter 13 Plan as last amended, the secured claim of Rushmore Loan Management will be paid outside of the Chapter 13 Plan pursuant to a loan modification agreement. The Standing Trustee shall make no payments to Rushmore Loan Management on account of pre-petition arrears set forth in the proof of claim dated February 9, 2018. Total plan length of 60 months.

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph Maguire  
       Debtor

Case No. 17-34266-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 13, 2019  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2019.  
db          +Joseph Maguire,    34 Congress Road,    Pine Hill, NJ 08021-6563

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2019 at the address(es) listed below:

            Brian E Caine     on behalf of Creditor     First Guaranty Mortgage Corporation  
             bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com  
            Daniel A. Frischberg     on behalf of Debtor Joseph   Maguire dan@sjbankruptcylaw.com,  
             frischberglaw@gmail.com;frischbergdr39848@notify.bestcase.com  
            Denise E. Carlon     on behalf of Creditor     First Guaranty Mortgage Corporation  
             dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
            Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
            Joni L. Gray     on behalf of Debtor Joseph   Maguire joni@sjbankruptcylaw.com,  
             jgrayecf@gmail.com;grayjr39848@notify.bestcase.com  
            Rebecca Ann Solarz     on behalf of Creditor     First Guaranty Mortgage Corporation  
             rsolarz@kmllawgroup.com  
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                     TOTAL: 7