| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Joseph Maguire**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–0976<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN   __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   17–34266–ABA | | |

# Order of Discharge                                                                                          12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Joseph Maguire

<u>4/12/23</u>                                                            **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                                      United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph Maguire  
    Debtor

Case No. 17-34266-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Apr 12, 2023      Form ID: 3180W      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Maguire, 34 Congress Road, Pine Hill, NJ 08021-6563 |
| lm | + | Roundpoint Mortgage Servicing Corporation, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |
| 518856157 | + | Ally Financial, Law Offices of John R. Morton, Jr., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 517308144 | + | Camden County MUA, 1645 Ferry Ave, Camden, NJ 08104-1311 |
| 517206985 | | Camden County Municipal Utilities Author, Regional Sewer Service, P.O. Box 1105, Bellmawr, NJ 08099-5105 |
| 518679144 | + | First Guaranty Mortgage Corporation, RoundPoint Mortgage Servicing Corp., 5016 Parkway Plaza Blvd., Suite 200, Charlotte, NC 28217-1930 |
| 517206990 | + | South Jersey Gas, 1 South Jersey Plaza, Folsom, NJ 08037-9100 |
| 517206991 | + | State of New Jersey Department of, Labor and Workforce Development, 1 John Fitch Plaza, Trenton, NJ 08611-1760 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 12 2023 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 12 2023 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517238007 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 12 2023 20:31:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517206987 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 12 2023 20:31:00 | Honda Financial Services, American Honda Finance Corp., P.O. Box 7829, Philadelphia, PA 19101-7829 |
| 517206983 | | EDI: URSI.COM | Apr 13 2023 00:21:00 | Alltran Financial, LP, PO BOX 722929, Houston, TX 77272-2929 |
| 517251430 | | EDI: GMACFS.COM | Apr 13 2023 00:21:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517206984 | + | EDI: GMACFS.COM | Apr 13 2023 00:21:00 | Ally Financial, P.O. Box 57611, Jacksonville, FL 32241-7611 |
| 517234821 | | Email/Text: bankruptcy@pepcoholdings.com | Apr 12 2023 20:30:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517206986 | + | EDI: CAPITALONE.COM | Apr 13 2023 00:21:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517581252 | | Email/Text: flyersprod.inbound@axisai.com | Apr 12 2023 20:30:00 | First Guaranty Mortgage Corporation, c/o Rushmore Loan Management Services, P.O. Box |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 52708, Irvine, CA 92619-2708 |
| 517581253 | + | Email/Text: flyersprod.inbound@axisai.com | Apr 12 2023 20:30:00 | First Guaranty Mortgage Corporation, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, First Guaranty Mortgage Corporation, c/o Rushmore Loan Management Services 92619-2708 |
| 517206988 | | EDI: PRA.COM | Apr 13 2023 00:21:00 | Portfolio Recovery Associates, 140 Corporate Blvd., Norfolk, VA 23502 |
| 517258820 | | EDI: PRA.COM | Apr 13 2023 00:21:00 | Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517268745 | | EDI: PRA.COM | Apr 13 2023 00:21:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517324637 | ^ | MEBN | Apr 13 2023 12:56:21 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217 Charlotte, NC 28219- 28217-1930 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| aty | ##+ | KML Law Group PC, 216 Haddon Ave, Suite 406, Westmont, NJ 08108-2812 |
| 517206989 | ## | Roundpoint, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:

**Name** | **Email Address**

Andrew Finberg
on behalf of Debtor Joseph Maguire trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com

Andrew B. Finberg
on behalf of Debtor Joseph Maguire andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com

Brian E Caine
on behalf of Creditor First Guaranty Mortgage Corporation bcaine@parkermccay.com BKcourtnotices@parkermccay.com

Denise E. Carlon
on behalf of Creditor First Guaranty Mortgage Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
ecfmail@standingtrustee.com summarymail@standingtrustee.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 12, 2023 | Form ID: 3180W | Total Noticed: 23 |

Isabel C. Balboa
        on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

John R. Morton, Jr.
        on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Joni L. Gray
        on behalf of Debtor Joseph Maguire joni@sjbankruptcylaw.com jgrayecf@gmail.com;grayjr39848@notify.bestcase.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9